## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al. | ) | CASE NO. 2:26-mc-00019-JLG-KAJ |
| | ) | |
| Movants, | ) | JUDGE JAMES L. GRAHAM |
| | ) | |
| v. | ) | MAGISTRATE JUDGE KIMBERLY A. |
| | ) | JOLSON |
| PHILLIP J. ROYSTER | ) | |
| 1036 Barth Road | ) | **STATUS REPORT IN ACCORDANCE** |
| Belpre, Ohio 45714-9592 | ) | **WITH COURT'S JUNE 10, 2026** |
| | ) | **ORDER** |
| Non-Movant. | ) | |

In accordance with the Court's June 10, 2026 Notation Order (the "Order") (Doc. 5), Movants Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc. (collectively, "Movants" or "DEFCAD") and Non-Movant Phillip J. Royster ("Mr. Royster") submit this Status Report detailing their efforts to confer regarding Movants' Motion to Compel Compliance With Subpoena and for Sanctions (the "Motion") (Doc. 1).

In accordance with the Order, on June 10, 2026, Movants served a copy of the Order upon Mr. Royster via email, Regular U.S. mail, certified mail return receipt requested, and FedEx overnight delivery to Mr. Royster's last known mailing address:

Mr. Phillip J. Royster
1036 Barth Road
Belpre, Ohio 45714-9592
Email: YeezyPrints@protonmail.com

*See* Movants' Certificate of Service of Court's June 10, 2026 Order on Non-Movant Phillip J. Royster (Doc. 6); Declaration of David T. Bules, attached hereto as **Exhibit A**, ¶¶ 3-4, Ex. 1 (June 10, 2026 Email and Letter to Mr. Royster). The Certificate of Service provided Mr. Royster's last known mailing address as required by the Court's Order. *Id*. Movants also served the Certificate of Service on Mr. Royster via email, Regular U.S. mail, certified mail return receipt requested, and FedEx overnight delivery to Mr. Royster's last known mailing address. *Id*.

The email and letter correspondence sent to Mr. Royster on June 10, 2026 providing the Order also informed Mr. Royster of the Order's requirements that the parties confer regarding the pending Motion and file a status report regarding their conference by June 22, 2026, and requested that Mr. Royster provide availability for a phone or Zoom conference as soon as possible. *See* Bules Decl. ¶ 4, Ex. 1. As with prior correspondence accompanying the Motion, Movants' counsel also requested that if Mr. Royster has obtained counsel to represent him in connection with the Subpoena and/or this action, Mr. Royster should forward the correspondence to his counsel, who should contact Movants' counsel as soon as possible to confer regarding the Motion. *Id*.

Movants subsequently obtained additional information concerning additional email addresses and a phone number for Mr. Royster. *See* Bules Decl. ¶ 5. Utilizing the email address set forth above and additional email addresses associated with Mr. Royster, on June 11, 2026, Movants sent Mr. Royster additional copies of prior correspondence referenced in the Motion, as well as the Motion (Doc. 1), Corporate Disclosure Statements for the three Movants (Docs. 2, 3, and 4), the Order (Doc. 5), and the Certificate of Service (Doc. 6), all of which were previously served on Mr. Royster. *See* Bules Decl. ¶ 5, Ex. 2 (June 11, 2026 Email and attachments). The June 11, 2026 email again informed Mr. Royster of the Order's requirements that the parties confer regarding the pending Motion and file a status report regarding their conference by June 22, 2026, and requested that Mr. Royster provide availability for a phone or Zoom conference as soon as possible. *Id*. It also again requested that if Mr. Royster has obtained counsel to represent him in connection with the Subpoena and/or this action, Mr. Royster should forward the correspondence to his counsel, who should contact Movants' counsel as soon as possible to confer regarding the Motion. *Id*.

Utilizing the telephone number associated with Mr. Royster, Movants' counsel also placed phone calls to Mr. Royster on June 10, 2026, June 17, 2026, June 18, 2026, June 19, 2026, each

time leaving a voicemail for Mr. Royster with details about this action, the Motion, and the Order, and requesting that Mr. Royster contact Movants' counsel to confer regarding the Motion. *See* Bules Decl. ¶ 6.

On June 21, 2026, Mr. Royster responded via email to the June 11, 2026 email referenced above. Bules Decl. ¶ 7. Based on Mr. Royster's email response, the parties have resolved the dispute that is the subject of the Motion pending before the Court. As a result, Movants are contemporaneously filing a Notice of Withdrawal of the Motion and a Notice of Dismissal Without Prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Phillip J. Royster (per email authorization)*
Mr. Phillip J. Royster
1036 Barth Road
Belpre, Ohio 45714-9592
Email: p.royster@outlook.com

*Non-Movant Phillip J. Royster*

*/s/ David T. Bules*
David T. Bules (0083834)
CALFEE, HALTER & GRISWOLD LLP
2800 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202-4728
Telephone: (513) 693-4892
Facsimile: (513) 842-7028
dbules@calfee.com

*Attorneys for Movants Defense Distributed, DD Foundation, LLC and DEFCAD, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, a copy of the foregoing *Status Report in Accordance With Court's June 10, 2026 Order* was filed with the Clerk of the Court using the CM/ECF system. I further certify that on June 22, 2026, a copy of the foregoing *Status Report in Accordance With Court's June 10, 2026 Order* was served upon Non-Movant Phillip J. Royster via email, Regular U.S. mail, and FedEx to Mr. Royster's last known mailing address:

Phillip J. Royster
1036 Barth Road
Belpre, Ohio 45714-9592
Email: YeezyPrints@protonmail.com; p.royster@outlook.com; patrickpurt@gmail.com; philliproyster@gmail.com; pjfunkalot@aol.com; pjroyster@gmail.com

*Non-Movant*

 /s/ David T. Bules
*David T. Bules*

4