## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al. | ) | CASE NO. 2:26-mc-00019-JLG-KAJ |
| | ) | |
| Movants, | ) | JUDGE JAMES L. GRAHAM |
| | ) | |
| v. | ) | MAGISTRATE JUDGE KIMBERLY A. |
| | ) | JOLSON |
| PHILLIP J. ROYSTER | ) | |
| 1036 Barth Road | ) | **NOTICE OF WITHDRAWAL OF** |
| Belpre, Ohio 45714-9592 | ) | **MOTION TO COMPEL COMPLIANCE** |
| | ) | **WITH SUBPOENA AND FOR** |
| Non-Movant. | ) | **SANCTIONS** |

Movants Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc. (collectively, "Movants" or "DEFCAD") initiated this action on June 9, 2026, and filed a Motion to Compel Compliance With Subpoena and for Sanctions (the "Motion") (Doc. 1) on the same date. Movants and non-movant Phillip J. Royster ("Royster") have resolved the dispute that is the subject of the Motion pending before the Court. As a result, Movants hereby withdraw the Motion and provide the Court with Notice of Withdrawal of the Motion. Movants are also contemporaneously filing a Notice of Dismissal Without Prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

/s/ David T. Bules
David T. Bules (0083834)
CALFEE, HALTER & GRISWOLD LLP
2800 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202-4728
Telephone: (513) 693-4892
Facsimile: (513) 842-7028
dbules@calfee.com

*Attorneys for Movants Defense Distributed,*
*DD Foundation, LLC and DEFCAD, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, a copy of the foregoing *Notice of Withdrawal of Motion for Compliance With Subpoena and For Sanctions* was filed with the Clerk of the Court using the CM/ECF system. I further certify that on June 22, 2026, a copy of the foregoing *Notice of Withdrawal of Motion for Compliance With Subpoena and For Sanctions* was served upon Non-Movant Phillip J. Royster via email, Regular U.S. mail, and FedEx to Mr. Royster's last known mailing address:

Phillip J. Royster
1036 Barth Road
Belpre, Ohio 45714-9592
Email: YeezyPrints@protonmail.com; p.royster@outlook.com; patrickpurt@gmail.com; phillproyster@gmail.com; pjfunkalot@aol.com; pjroyster@gmail.com

*Non-Movant*


 */s/ David T. Bules*
*David T. Bules*