## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al. | ) | CASE NO. 2:26-mc-00019-JLG-KAJ |
| | ) | |
| Movants, | ) | JUDGE JAMES L. GRAHAM |
| | ) | |
| v. | ) | MAGISTRATE JUDGE KIMBERLY A. |
| | ) | JOLSON |
| PHILLIP J. ROYSTER | ) | |
| 1036 Barth Road | ) | **NOTICE OF DISMISSAL WITHOUT** |
| Belpre, Ohio 45714-9592 | ) | **PREJUDICE** |
| | ) | |
| Non-Movant. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Movants Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc. (collectively, "Movants" or "DEFCAD") hereby dismiss this action without prejudice and bear the Court costs hereof.

Respectfully submitted,

*/s/ David T. Bules*
David T. Bules (0083834)
CALFEE, HALTER & GRISWOLD LLP
2800 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202-4728
Telephone: (513) 693-4892
Facsimile: (513) 842-7028
dbules@calfee.com

*Attorneys for Movants Defense Distributed,*
*DD Foundation, LLC and DEFCAD, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, a copy of the foregoing *Notice of Dismissal Without Prejudice* was filed with the Clerk of the Court using the CM/ECF system. I further certify that on June 22, 2026, a copy of the foregoing *Notice of Dismissal Without Prejudice* was served upon Non-Movant Phillip J. Royster via email, Regular U.S. mail, and FedEx to Mr. Royster's last known mailing address:

Phillip J. Royster
1036 Barth Road
Belpre, Ohio 45714-9592
Email: YeezyPrints@protonmail.com; p.royster@outlook.com; patrickpurt@gmail.com;
      phillproyster@gmail.com; pjfunkalot@aol.com; pjroyster@gmail.com

*Non-Movant*

 /s/ David T. Bules
*David T. Bules*

2